UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:23CR0091 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| DAMIEN RASHEED DAVIS | ) | |

### INDICTMENT

-FILED-

SEP 20 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**THE GRAND JURY CHARGES:**

### COUNTS 1-30

On or about the following dates, in the Northern District of Indiana,

**DAMIEN RASHEED DAVIS,**

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the dealers with respect to any fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, on the following dates, that he was the actual transferee/buyer of a firearm, whereas in truth and in fact, he well knew he

was purchasing said firearm for another person;

All in violation of Title 18, United States Code, Section 922(a)(6).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 1 | April 10, 2020 | Westforth Sports |
| 2 | April 22, 2020 | Westforth Sports |
| 3 | April 22, 2020 | Westforth Sports |
| 4 | May 21, 2020 | Westforth Sports |
| 5 | Nov. 13, 2020 | Debs Gun Range |
| 6 | March 4, 2021 | Sheep Dog Armory |
| 7 | March 17, 2021 | Sheep Dog Armory |
| 8 | April 9, 2021 | Sheep Dog Armory |
| 9 | April 14, 2021 | Armory 219 |
| 10 | April 15, 2021 | Westforth Sports |
| 11 | April 22, 2021 | Kempf Gun Shop |
| 12 | April 23, 2021 | Sheep Dog Armory |
| 13 | April 26, 2021 | Copper Customs |
| 14 | April 26, 2021 | Copper Customs |
| 15 | April 30, 2021 | Copper Customs |
| 16 | April 30, 2021 | Sheep Dog Armory |
| 17 | May 3, 2021 | South County Guns |
| 18 | May 10, 2021 | Sheep Dog Armory |
| 19 | May 24, 2021 | Copper Customs |
| 20 | June 1, 2021 | Kempf Gun Shop |
| 21 | June 8, 2021 | Kempf Gun Shop |
| 22 | June 14, 2021 | Copper Customs |
| 23 | June 15, 2021 | Kempf Gun Shop |
| 24 | July 7, 2021 | Armory 219 |
| 25 | July 8, 2021 | Debs Gun Range |
| 26 | July 10, 2021 | Tommy Guns and Parts |
| 27 | July 29, 2021 | Debs Gun Range |
| 28 | August 5, 2021 | South County Guns |
| 29 | Oct. 3, 2021 | 95 Bravo LLC |
| 30 | Oct. 29, 2021 | South County Guns |

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNTS 31-60</u>

On or about the following dates, in the Northern District of Indiana,

**DAMIEN RASHEED DAVIS**,

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said firearms dealer, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, on the following dates, that that he was the actual transferee/buyer of a firearm, whereas in truth and in fact, he well knew he was purchasing said firearm for another person;

All in violation of Title 18, United States Code, Section 924(a)(1)(A);

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 31 | April 10, 2020 | Westforth Sports |
| 32 | April 22, 2020 | Westforth Sports |
| 33 | April 22, 2020 | Westforth Sports |
| 34 | May 21, 2020 | Westforth Sports |
| 35 | Nov. 13, 2020 | Debs Gun Range |
| 36 | March 4, 2021 | Sheep Dog Armory |
| 37 | March 17, 2021 | Sheep Dog Armory |
| 38 | April 9, 2021 | Sheep Dog Armory |
| 39 | April 14, 2021 | Armory 219 |
| 40 | April 15, 2021 | Westforth Sports |
| 41 | April 22, 2021 | Kempf Gun Shop |

| | | |
|---|---|---|
| 42 | April 23, 2021 | Sheep Dog Armory |
| 43 | April 26, 2021 | Copper Customs |
| 44 | April 26, 2021 | Copper Customs |
| 45 | April 30, 2021 | Copper Customs |
| 46 | April 30, 2021 | Sheep Dog Armory |
| 47 | May 3, 2021 | South County Guns |
| 48 | May 10, 2021 | Sheep Dog Armory |
| 49 | May 24, 2021 | Copper Customs |
| 50 | June 1, 2021 | Kempf Gun Shop |
| 51 | June 8, 2021 | Kempf Gun Shop |
| 52 | June 14, 2021 | Copper Customs |
| 53 | June 15, 2021 | Kempf Gun Shop |
| 54 | July 7, 2021 | Armory 219 |
| 55 | July 8, 2021 | Debs Gun Range |
| 56 | July 10, 2021 | Tommy Guns and Parts |
| 57 | July 29, 2021 | Debs Gun Range |
| 58 | August 5, 2021 | South County Guns |
| 59 | Oct. 3, 2021 | 95 Bravo LLC |
| 60 | Oct. 29, 2021 | South County Guns |

A TRUE BILL:

s/Foreperson
FOREPERSON


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


By:  s/Joel L. Mathur
Joel L. Mathur
Assistant United States Attorney